**CRIMINAL COMPLAINT**
(Electronically Submitted)

| **United States District Court** | **DISTRICT of ARIZONA** |
|---|---|
| | **DOCKET NO.** |
| **United States of America** | **MAGISTRATE'S CASE NO.** |
| v. | |
| **Peter Gregorio Castro** | **21-00020MJ** |
| DOB: 1977; United States Citizen | |

Complaint for violation of Title 18, United States Code, Section 922(g)(1)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

On or about January 12, 2021, in the District of Arizona, **Peter Gregorio Castro**, knowingly having been previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm and ammunition, that is, one Taurus model G2C .40 caliber handgun and eleven rounds of .40 caliber ammunition, said firearm and ammunition being in and affecting commerce in that they were previously transported into the state of Arizona from another state or foreign country; in violation of Title 18, United States Code, Section 922(g)(1) and 924(a)(2).

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

On May 1, 1998, Peter Gregorio CASTRO was convicted of aggravated assault with a deadly weapon or dangerous instrument, a felony offense punishable by a term of imprisonment exceeding one year, in Pima County Superior Court, Tucson, Arizona, case number CR-57615. CASTRO was sentenced to six years in prison and served the entirety of the six year sentence.

On January 12, 2021, CASTRO was encountered by law enforcement officers in Tucson, Arizona, while he was a passenger in a vehicle that was stopped for a traffic violation. CASTRO advised the officers that he had a firearm on his person, and the officers found the firearm – a Taurus model G2C .40 caliber handgun – in the pocket of CASTRO's sweatshirt. A magazine containing ten rounds of .40 caliber ammunition was inserted into the firearm, and an additional one round of ammunition was located in the chamber of the firearm. An ATF interstate nexus expert determined that this firearm and ammunition was not manufactured in the state of Arizona, and thus traveled in interstate and/or foreign commerce.

**MATERIAL WITNESSES IN RELATION TO THE CHARGE: N/A**

| **DETENTION REQUESTED** | **SIGNATURE OF COMPLAINANT** |
|---|---|
| Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge. | |
| ANGELA WOOLRIDGE  Digitally signed by ANGELA WOOLRIDGE  Date: 2021.02.04 15:15:37 -07'00' | **OFFICIAL TITLE** ATF Special Agent Hannah Fox |
| AUTHORIZED AUSA *Angela W. Woolridge* | |

Sworn by telephone  x

| **SIGNATURE OF MAGISTRATE JUDGE** | **DATE** February 4, 2021 |
|---|---|

1) See Federal rules of Criminal Procedure Rules 3, 4.1, and 54

CC: USM, AUSA, PTS